# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15-16334 |
| Curtis and Portia Gilmore ) | |
| ) | JUDGE Cox |
| Debtor ) | |
| ) | CHAPTER 13 |

## Notice of Motion

TO:   Tom Vaughn, 55 E Monroe St., Suite 3850, Chicago, Illinois 60603, via ECF;

Paul Bach, Counsel for Gothic Investments, Ltd., Bach Law Offices, P.O. Box 1285, Northbrook, IL 60062; via ECF;

Kevin J. Hermanek, Counsel for Rent-A-Center, Hermanek & Gara, P.C. 8 W. Monroe Street, suite 809, Chicago, Illinois 60603 via ECF; and

See creditors on attached service list.

   PLEASE TAKE NOTICE that on December 10, 2015, at 11:00 am, I shall appear before the Honorable Judge Jacqueline P. Cox, or any Judge sitting in her place and stead, in Courtroom 680 in The Dirksen Federal Building located at 219 S Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

   The undersigned, an attorney, certifies that he served a copy of this notice and attachments to the above named addressed by first class mail, postage prepaid, from the mailbox located at 670 W Hubbard St, Ste. 202, Chicago, IL 60654, or otherwise via the methods listed above, on December 4, 2015.

   /s/ Nicholas Perino

Swanson & Desai, LLC
Attorneys for the Debtors
670 W. Hubbard Street
Suite 270
Chicago, IL 60654
312-850-3325

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-16334<br>Northern District of Illinois<br>Chicago<br>Thu Oct 15 11:22:53 CDT 2015 | RENT-A-CENTER, INC<br>HERMANEK & GARA, P.C.<br>8 W. Monroe Street<br>Suite809<br>Chicago, IL 60603-2432 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Allied Cash Advance<br>C/O Real Time Resolutions, Inc.<br>PO Box 566027<br>Dallas, TX 75356-6027 |
| Allied Collection Services<br>8550 Balboa Blvd<br>Suite 232<br>Northridge, CA 91325-5806 | Ashro<br>1515 S 21st St<br>Clinton, IA 52732-6676 | Ashro Lifestyle<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Atlas Acquisitions LLC  (Check N Go SPDL)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC  (Iadvance)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 | Cash Loan by BMAC, Inc.<br>8314 1/2 S. Kedzie<br>Chicago, IL 60652-3309 | Citibank N.A.<br>c/o Citibank (South Dakota), N.A.<br>ATTN: Claims Dept. MC 2235<br>701 E 60th Street North<br>Sioux Falls, SD 57104-0432 |
| City of Chicago Department Revenue<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Dept of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 | Cook Count Clerk's Office<br>118 North Clark St. Room 434<br>Chicago, IL 60602-1413 |
| Cook County Treasurer's Office<br>118 N. Clark St., Suite 112<br>Chicago, IL 60602-1590 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Dept Of Ed/nelnet<br>121 South 13th St<br>Lincoln, NE 68508-1904 |
| Dept Of Education/neln<br>121 South 13th St<br>Lincoln, NE 68508-1904 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| First Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | GATEWAY FINANCIAL SOLUTIONS<br>PO BOX 3257<br>SAGINAW MI 48605-3257 |
| Gatewyfinsol<br>999 S. Washington Ave Suite 1<br>Saginaw, MI 48601-2573 | Ginnys/Swiss Colony Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Ginnys/Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 |

| | | |
|---|---|---|
| Governors State University<br>1 University Pkway<br>University Park, IL 60484-0975 | Heights Auto Workers Credit Union<br>21540 Cottage Grov<br>Chicago Height, IL 60411-4322 | Hghts Aut Cu<br>21540 Cottage Grov<br>Chicago Height, IL 60411-4345 |
| IL Dept of Health and Family svcs<br>Child support enforcement/mru<br>509 South 6th, 4th floor<br>Springfield, IL 62701-1809 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Med Business Bureau<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Med Business Bureau<br>Po Box 1219<br>Park Ridge, IL 60068-7219 | Merchants Cr<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6908 |
| Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 | Overland Bond<br>4701 W Fullerton Ave<br>Chicago, IL 60639-1899 | Overlnd Bond<br>4701 W. Fullerton Ave.<br>Chicago, IL 60639-1899 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6434 | Peoples Gas<br>200 East Randolph<br>Chicago, IL 60601-6302 | Peoples Gas<br>Attention: Bankruptcy Department<br>130 E. Randolph 17th Floor<br>Chicago, IL 60601-6207 |
| Pinnacle Credit Service<br>Attn: Bankruptcy<br>Po Box 640<br>Hopkins, MN 55343-0640 | Pinnacle Credit Service<br>Po Box 640<br>Hopkins, MN 55343-0640 | Progressive Leasing<br>11629 S 700 E, STE 100<br>Draper, UT 84020-8377 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regional Acceptance Co<br>304 Kellm Road<br>Virginia Beach, VA 23462-2712 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Southwest Credit Syste<br>4120 International<br>Carrollton, TX 75007-1958 |
| Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | Sprint Corp. Attn: Bankruptcy Dept<br>P.O Box 7949<br>Overland Park, KS 66207-0949 | Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216-8035 |
| U.S Department of Education/Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Vion Holdings LLC<br>c/o Capital Financial Credit, LLC<br>P.O. Box 543<br>Buford, GA 30515-0543 | Curtis Gilmore III<br>1525 W 91st St<br>Chicago, IL 60620-5022 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15-16334 |
| Curtis and Portia Gilmore ) | |
| ) | JUDGE  Cox |
| Debtor ) | |
| ) | CHAPTER 13 |

**MOTION TO MODIFY PLAN**

**NOW COMES,** Curtis and Portia Gilmore, Debtors, by and through their attorneys, Swanson & Desai LLC, and moves this Honorable Court, to enter an order modifying the Debtor's Chapter 13 plan, and in support thereof, states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C § 1334. Venue is proper pursuant to 28 USC § 1409(a).  This is a core proceeding pursuant to 28 U.S.C. § 157.

2. The Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on May 7, 2015.

3. Debtors' case was confirmed by this Honorable Court on August 11, 2015.

4. Debtors' plan was confirmed with payment terms that provided for plan payments in the amount of $1,210.00 for a period of 60 months, paying secured claims in full and unsecured claims a dividend of 10%.

5. Section E3.1(c) of the confirmed plan lists a claim for the Cook County Clerk in the amount of $8,000.00 to be paid with an interest rate of 0% over the life of the plan.

6. Section E3.1(c) lists the incorrect claimant.

7. Debtors wish to modify their plan to amend Section E3.1(c) to list the claimant as Gothic Investments, Ltd.  Further, Section E3.1(c) shall list the claim in the amount of $11,387.00 with an interest rate of 18% to be paid at a set monthly rate of $315.00.

8. The set monthly disbursement to Gothic Investments Ltd. will begin with the January 2017 disbursement and continue through the end of the Plan.

9. The Debtors wish amend Section D1 of the plan to increase the monthly plan payment from $1,210.00 to $1,420.00.  Please see attached *Exhibit A*.

10. The Debtors request this motion be heard on shortened notice.

11. No parties to this case will be negatively impacted by entry of an order modifying the plan encompassing the relief Debtors seek with this motion.

12. Entry of this order, with entry of an agreed no-miss default order on post-petition property tax payments, will resolve the pending motion for relief from stay filed by Gothic Investments, Ltd.

13. Gothic Investments, Ltd. will tender a separate, no-miss default order at the hearing scheduled for December 10, 2015 at 11:00 a.m.

**WHEREFORE,** Curtis and Portia Gilmore, Debtors, respectfully pray this Honorable Court to enter an order modifying the Debtors' plan and any further relief this Court deems fair and just.

Respectfully submitted,

\_\_\_/s/ Nicholas Perino\_\_\_\_\_

Swanson & Desai, LLC
Attorneys for the Debtors
670 W. Hubbard Street
Suite 270
Chicago, IL 60654
312-850-3325