UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-16334 |
| Curtis and Portia Gilmore, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD by the Motion of the Debtors to modify the Chapter 13 plan, the Court having jurisdiction over the matter and being fully advised on the premises; IT IS HEREBY ORDERED:

A. Section E 3.1(c) of Debtors' plan is modified list the claimant as Gothic Investments Ltd.;

B. Section E 3.1(c) of Debtors' plan is modified to list the claim in the amount of $11,387 with an interest rate of 18% to be paid at a set monthly rate of $315.00;

C. The set monthly disbursement to Gothic Investments Ltd. will begin with the January 2016 disbursement and continue through the end of the plan; and

D. Section D1 of Debtors' plan is modified to increase the monthly plan payment to $1,420.00.

Enter: /s/ Jacqueline P. Cox

United States Bankruptcy Judge

Dated: 12/10/15

**Prepared by:**
Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
670 W Hubbard Street, Ste 202
Chicago, IL 60654
(312) 666-7882

Rev: 20130104_bko